**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Ishman HARRIS, Sr., Defendant-**
**Appellant.**

**No. 29247**

**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Nov. 4, 1970.

B. Clarence Mayfield, Savannah, Ga., for defendant-appellant.

R. Jackson B. Smith, Jr., U. S. Atty., Richard C. Chadwick, Asst. U. S. Atty., Savannah, Ga., for plaintiff-appellee.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed.   See Local Rule 21.[1]

---

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5th Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).